UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAINTERS & ALLIED TRADES DISTRICT COUNCIL 82 HEALTH CARE FUND, third-party healthcare payor fund; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> TAKEDA PHARMACEUTICAL COMPANY LIMITED, a Japanese Corporation; et al., <br><br> Defendants - Appellants. | No. 23-55742 <br><br> D.C. No. 2:17-cv-07223-JWH-AS <br> U.S. District Court for Central California, Los Angeles <br><br> **ORDER** |

Appellants' motion (Docket Entry No. 13) for an extension of time to file the opening brief is granted. The appellants' opening brief is due January 19, 2024; appellees' answering brief is due February 20, 2024; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT